AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Alfredia Pruitt pro se
_____
Plaintiff(s)

v.

United States Court of Appeals of GA
_____
Defendant(s)
et al.,

Civil Action No.

**1:16-CV-1616**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Court of Appeals of the State of Georgia
47 Trinity Ave SW Suite 501
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alfredia Pruitt
4499 Beacon Hill Dr
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

CLERK OF COURT

Date: 5/19/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt
_____
Plaintiff(s)

v.

GMAC et al.,
_____
Defendant(s)

Civil Action No. 1:16-CV-1616

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GMAC
Two Ravina Dr Suite 500
Atlanta, GA 30346

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfredia Pruitt, Pro se
4499 Beacon Hill Dr.
Lilburn, GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

CLERK OF COURT

Date: 5/19/2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt
_Plaintiff(s)_

v.

McCurdy & Candler LLC et al.,
_Defendant(s)_

Civil Action No. 1:16-CV-1616

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
McCurdy & Candler LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfredia Pruitt, pro se
4499 Beacon Hill Dr.
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

CLERK OF COURT

Date: 5/19/16

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt
_____
Plaintiff(s)

v.

Civil Action No. 1:16-CV-1616

Troutman Sanders LLP et al.,
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Troutman Sanders
600 Peachtree St NE #5200
Atlanta, GA 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfredia Pruitt, pro se
4499 Beacon Hill Dr.
Lilburn, GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 5/19/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt

*Plaintiff(s)*

v.

Civil Action No. 1:16-CV-1616

USAA Federal Savings et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
USAA Federal Savings Bank
3050 Peachtree Rd NE #150
Atlanta, GA 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alfredia Pruitt prose
4499 Beacon Hill Dr
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

*CLERK OF COURT*

Date: 5/19/60

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

)
Alfredia Pruitt )
_____ )
Plaintiff(s) )
 )
v. ) Civil Action No.
 )
 ) **1:16-CV-1616**
Gwinnett Cty Superior Court et al. )
_____ )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Gwinnett County Superior Court
75 Langley Dr.
Lawrenceville GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alfredia Pruitt, pro se
4499 Beacon Hill Dr.
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

*CLERK OF COURT*

Date: 5/19/2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt
_____
Plaintiff(s)

v.

MERS et al.,
_____
Defendant(s)

Civil Action No. 1:16-CV-1616

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MERS
1901 E Voorhees Street Suite C
Danville, IL 61834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfredia Pruitt pro se
4499 Beacon Hill Dr.
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 5/19/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Alfredia Pruitt

*Plaintiff(s)*

v.

Civil Action No. 1:16-CV-1616

Federal National Mortgage Assc'n.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal National Mortgage Association
950 East Paces Ferry Rd NE
Atlanta, GA 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alfredia Pruitt, pro se
4499 Beacon Hill Dr
Lilburn GA 30047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 5/19/16

*Signature of Clerk or Deputy Clerk*