ORIGINAL                                           Amended   FILED IN CLERK'S OFFICE
                                                              U.S.D.C. - Atlanta

                                                              MAY 20 2016

UNITED STATES DISTRICT COURT                       JAMES N. HATTEN, Clerk
FOR THE NORTHERN DISTRICT OF GEORGIA               By: _____ Deputy Clerk
ATLANTA DIVISION


**Alfredia Pruitt**

   **Plaintiff, pro se**

                                        Case No: 1:16-CV-1616-AT
      vs
                                        CIVIL RIGHTS Violations, Violation
                                        of the Fourteenth Amendment,
                                        Discrimination and Due Process of
                                        Law Violations
                                            (42 U.S.C 1983,1985

**Michael Dugan**
**McCurdy & Candler, etal., GMAC, DBA Ally Financial, et al.,**
**Wade Copeland, Carlock, Copeland & Stair, LLP, etal**
**USAA Federal Savings Bank, et al.,**
**Judge Dawson Jackson, Gwinnett County Superior Court, et al.,**
**Janis Smith, MERS, et al.,**
**A. William Loeffler, Esq., Teah Glenn, and Matthew R Brooks,**
**Troutman Sanders, etal., and Federal National Mortgage Association, et al.,**
**Steve Castlen, Court of Appeals of the State of Georgia etal.,**
**Sangeet Chowfla, GMAC, etal.,**

   **[Defendant/Defendants]**   Amended

## COMPLAINT AND JURY DEMAND

Plaintiff is respectfully requesting this Court to amend the

attached pages to Plaintiff case file **1: 16 -CV-1616:** Caption page,

additional Fact Sheet and amended address for Defendants.

This 20th day of May, 2016          Alfredia Pruitt
                                    Alfredia Pruitt

*Amended*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**Alfredia Pruitt**

    Plaintiff, pro se

    vs

**Case No: 1:16-CV-1616**
CIVIL & BLL of RIGHTS Violations,
Violation of the Fourteenth Amendment,
Discrimination and Due Process of Law Violations
(42 U.S.C 1983,1985

**Michael Dugan,**
**McCurdy & Candler, etal., GMAC, DBA Ally Financial, et al.,**
**Wade Copeland, Carlock, Copeland & Stair, LLP, etal**
**USAA Federal Savings Bank, et al.,**
**Judge Dawson Jackson, Gwinnett County Superior Court, et al.,**
**Janis Smith, MERS, et al.,**
**A. William Loeffler, Esq., Teah Glenn, and Matthew R Brooks,**
**Troutman Sanders, etal., and Federal National Mortgage Association, et al.,**
**Steve Castlen, Court of Appeals of the State of Georgia etal.,**
**Sangeet Chowfla, GMAC, etal.,**

    [Defendant/Defendants]

## COMPLAINT AND JURY DEMAND

## TO THE BEST OF PLAINTIFF KNOWLEDGE AS FOLLOWS:

1. This is a Civil action under 42 U.S.C. 1983 seeking damages and injunctive relief against Defendants for committing acts under color of law, with the intent and for the purpose of depriving Plaintiff of her Federal rights, secured under the Constitution and laws of the United States. .

*Amended*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Alfredia Pruitt

    Plaintiff, pro se

        vs

**Case No:  1:16-CV-1616**
CIVIL & BLL of RIGHTS Violations,
Violation of the Fourteenth Amendment,
Discrimination and Due Process of
  Law Violations
        (42 U.S.C 1983,1985

Michael Dugan,
McCurdy & Candler, etal.,GMAC, DBA Ally Financial, et al., and
Janice Smith,  MERS, etal.,
Wade Copeland, Carlock, Copeland & Stair, LLP, etal,
 USAA Federal Savings Bank, et al.,
Judge Dawson Jackson, Gwinnett County Superior Court, et al.,
A. William Loeffler, Esq., Teah Glenn, and Matthew R Brooks,
Troutman Sanders, etal., and Federal National Mortgage Association, et al.,
Steve Castlen, Court of Appeals of the State of Georgia, etal.,
Sangeet Chowfla, GMAC,etal.,

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2016, a copy of the

foregoing Complaint was filed with the Clerk of Court and amended on May 20, 2016.

I also certify that the foregoing will be served along with a copy

of the Complaint, via USPS certified mail upon the following

defendants:

United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

GMAC
Two Ravina Dr., Suite 500
Atlanta, GA  30346
Duluth, GA  30096
(678)855-7067

Gwinnett County Superior Court
75 Langley Dr
Lawrenceville, GA  30046  (770)822-8000

Court of Appeals of the State of Georgia
47 Trinity Ave. SW, Suite 501
Atlanta, GA  30334
(404)-656-3450


USAA Federal Savings Bank
c/o Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue

*Amended*

Atlanta, Georgia  30303
404-522-8220

Federal National Mortgage
c/oTroutman Sanders LLP
Bank of America Plaza
600 Peachtree St. NE #5200
Atlanta GA  30308

GMAC/MERS
c/o McCurdy & Candler LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30305

# PLEASE ADD THIS TO THE FACTS.

### In Forma Pauperis

### Uniform Superior Court Rule 36.10

**A. Complaints or petitions presented to the clerk for filing shall be filed only when accompanied by the proper filing fee, fee for sheriff service or a pauper's affidavit, and when applicable, any forms required by law or rule to be completed by the parties.**

B. Plaintiff Motions and In Forma Pauperis applications for the purpose of

C. Appeal(s) were intentionally denied, which caused Plaintiff to lose her property.

D. Plaintiff were deprived by Judge Jackson to file an Appeal as indigent, although she was indigent. Depriving Plaintiff to an Appeal was an Injustice and caused her to be Deprived of Due Process, which caused her to lose her property.

### Due Process of Law

**Fourteenth Amendment (partial): -No state shall deprive any person of**

**life, liberty, or property, without Due Process of law.**

E. Plaintiff being deprived to exercise her Constitutional Rights, of Due Process of Law covered under the Fifth and Fourteenth Amendment to protect her property, led to foreclosure and she was evicted.

F. Deprivng Plaintiff to proceed as Indigent violated both the due process and the equal protection clause by not allowing Indigent Plaintiff free transcripts of the trial proceedings, which would enable her adequately to prosecute appeals from the foreclosure on her home and the eviction of Plaintiff from her home.

G. Plaintiff was deprived by Judge Jackson to file Appeals that are protected under the Constitution and Federal Laws.

H. Plaintiff had a Constitutional Right to file an Appeal and proceed as Idigent if she was in fact indigent.