# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALFREDIA PRUITT, | |
| Plaintiff, | |
| v. | Civil Action No. 1:16-cv-01616-AT |
| GMAC d/b/a ALLY FINANCIAL, MCCURDY & CANDLER, USAA FEDERAL SAVINGS BANK, GWINNETT COUNTY SUPERIOR COURT, MERS, FEDERAL NATIONAL MORTGAGE ASSOCIATION, COURT OF APPEALS OF THE STATE OF GEORGIA, STEVE CASTLEN, SANGEET CHOWFLA, MATTHEW R. BROOKS, JANIS SMITH, JUDGE DAWSON JACKSON, WADE COPELAND, CARLOCK, COPELAND & STAIR, LLP, MICHAEL DUGAN, and TROUTMAN SANDERS, | |
| Defendants. | |

## USAA FEDERAL SAVINGS BANK'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

COMES NOW, USAA FEDERAL SAVINGS BANK ("USAA FSB"), a

named Defendant in the above-styled civil action and files this Memorandum of

Law in Support of its Motion to Stay Discovery and Pretrial Deadlines, respectfully showing this Honorable Court as follows:

## **RELEVANT FACTS AND PROCEDURAL HISTORY**

On May 19, 2016, the Plaintiff filed her Complaint, which contains over 178 paragraphs, only two of which mention USAA FSB.   Notably, the Plaintiff never served the Complaint upon USAA FSB.

The Complaint contains eight enumerated causes of action: (1) violation of the 14th Amendment; (2) violation of 28 U.S.C. § 1915; (3) claim under 42 U.S.C. § 1983; (4)  violation of "the right to be heard and due process of law"; (5) "Defendants recklessly and intentional [sic] caused irreparable harm to Plaintiff"; (6) fraudulent transfer of title; (7) "violation of Plaintiff [sic] constitutional right to an appeal"; and (8) fraud. However, none of these causes of action are asserted as to USAA FSB.

On August 10, 2016, USAA FSB filed a Motion to Dismiss under Rule 12(b)(6) [Doc. 51]. As of this date, no discovery has been conducted.

## **ARGUMENT AND CITATION OF AUTHORITY**

## A. **THIS COURT SHOULD RULE ON THE MOTION TO DISMISS BEFORE THE DISCOVERY PERIOD BEGINS**

This Court should stay all pretrial deadlines and discovery until it rules on USAA FSB's Motion to Dismiss. District courts have "broad discretion to stay

discovery pending decision on a dispositive motion." *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) (citation omitted). Nevertheless, "Rules 8(a) and 9(b) are pleading standards which apply *before* the discovery period begins . . . ." *Inman v. Am. Paramount Fin.*, 517 F. App'x 744, 748-49 (11th Cir. 2013) (citation omitted) (emphasis in original). "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief should [ ] be resolved before discovery begins." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997). "If the district court dismisses a nonmeritorious claim before discovery has begun, unnecessary costs to the litigants and to the court system can be avoided. Conversely, delaying ruling on a motion to dismiss such a claim until after the parties complete discovery encourages abusive discovery and, if the court ultimately dismisses the claim, imposes unnecessary costs." *Id.*

Here, the resolution of USAA FSB's Motion to Dismiss could resolve all claims against USAA FSB and render any discovery conducted beforehand futile. Even if the motion is denied in any part, this Court's order on the motion could allow the parties to conduct more pointed discovery on the issues identified in the order. Either way, it will save the parties from unnecessary time and money spent on discovery that may prove to be useless. Eleventh Circuit precedent leans heavily

in favor of granting a stay of discovery, and USAA FSB respectfully requests that the discovery period and all deadlines imposed by L.R. 26 and Fed. R. Civ. P. 26 be stayed pending a decision on its Motion to Dismiss.

### <u>CONCLUSION</u>

Based on the foregoing, USAA FSB respectfully requests that this Court grant its Motion for Stay of Discovery and Pretrial Deadlines.

Respectfully submitted this 11th day of August, 2016.

*/s/ Jody Charles Campbell*
JODY CHARLES CAMPBELL
Georgia Bar No. 308466
SMITA GAUTAM
Georgia Bar No. 628374

*Attorneys for USAA Federal Savings Bank*

**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
jcampbell@rubinlublin.com
sgautam@rubinlublin.com

## <u>FONT CERTIFICATION</u>

The undersigned counsel for Defendant hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 11th day of August, 2016.

<u>/s/ Jody Charles Campbell</u>
JODY CHARLES CAMPBELL
Georgia Bar No. 308466
SMITA GAUTAM
Georgia Bar No. 628374

*Attorneys for USAA Federal Savings Bank*

**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
jcampbell@rubinlublin.com
sgautam@rubinlublin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the within and the foregoing by

CM/ECF or by placing a true and correct copy of same in the United States Mail,

with first-class postage affixed thereto, properly addressed as follows:

Alfredia Pruitt
4499 Beacon Hill Dr.
Lilburn, GA 30047

GMAC d/b/a Ally Financial
Two Ravina Dr Suite 500
Atlanta, GA 30346

Todd Harris Surden
Macey, Wilensky & Hennings, LLC
303 Peachtree Street NE
Suite 4420
Atlanta, GA 30308

Ronald J. Stay , Jr.
Attorney General's Office
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334

MERS
1901 E Voorhees Street, Suite C
Danville, IL 61834

Federal National Mortgage
Association
950 East Paces Ferry Road NE
Atlanta, GA 30326

Wade K. Copeland
Carlock Copeland & Stair, LLP
Suite 3600
191 Peachtree Street, NE
P.O. Box 56887
Atlanta, GA 30303-1740

Jaime L. Theriot
Troutman Sanders, LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street NE
Atlanta, GA 30308-2216

Respectfully submitted this 10th day of August, 2016.

> _/s/ Jody Charles Campbell_
> JODY CHARLES CAMPBELL
> Georgia Bar No. 308466