IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFREDIA PRUITT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GMAC, d/b/a ALLY FINANCIAL, et al., : | CIVIL ACTION NO. 1:16-CV-1616-AT |
| : | |
| Defendants. : | |

### **ORDER**

This matter is before the Court on Defendant USAA FSB's Motion to Stay Discovery Deadlines [Doc. 53]. The motion is unopposed. The Court **GRANTS** the Motion, and notes that it modifies the Court's previous Order regarding other Defendants' request to stay discovery. (Order, Doc. 33.) All discovery and pre-trial deadlines shall be stayed until this Court enters an Order resolving USAA FSB's Motion to Dismiss, or until further order of the Court.

**IT IS SO ORDERED** this 1st day of September, 2016.

_____
**Amy Totenberg
United States District Judge**